# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CARTER MASON, individually and on behalf of all others similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) ) | **CIVIL ACTION NO.** |
| **MIDLAND FUNDING, LLC, ENCORE CAPITAL GROUP, INC., MIDLAND CREDIT MANAGEMENT, INC., COOLING & WINTER, LLC, ASSET ACCEPTANCE CAPITAL CORP., et al.,** ) ) ) ) ) ) | **1:16-cv-02867-LMM-RGV** |
| **Defendants.** | |

## ORDER

THIS COURT HAVING READ AND CONSIDERED Defendants' Motion to Stay Case Pending Appeal, (Doc. 160), and for good cause shown therein, IT IS HEREBY ORDERED that Defendants' Motion to Stay Case Pending Appeal is GRANTED. All case deadlines are stayed until the Eleventh Circuit Court of Appeals rules on Defendants' appeal of the Court's Order denying Defendants' Motions to Compel Arbitration (Doc. 158).

SO ORDERED this 15th day of November, 2018.

/s/ William M. Ray, II
_____
The Honorable William M. Ray, II
United States District Judge